**Order filed July 6, 2021.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-21-00297-CV**

————————

**MICHAEL G. CHAPA, Appellant**

**V.**

**AURA CECILIA CHAPA, Appellee**

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2019-55125**

## O R D E R

The notice of appeal in this case was filed May 28, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **July 21, 2021.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.